THE DETROIT WESTERN TRANSIT AND JUNCTION RAILROAD
COMPANY v. ABSALOM BACKUS, JR.

*Certiorari to review condemnation proceedings.*

A writ of *certiorari* removing condemnation proceedings to the Supreme
Court was not retained by the court where the questions raised were
such as could be raised by *certiorari* or appeal after the inquest of
damages, and the retention of the writ was likely to do injury by
delaying the proceedings.

Certiorari to Wayne Circuit Court.   Submitted June 13.
Decided June 21.

*F. A. Baker* for plaintiff in certiorari.

*A. M. Henry* and *G. V. N. Lothrop* for defendant in
certiorari.

CAMPBELL, J.   As the question raised by this *certiorari*
can be raised by *certiorari* or appeal after the inquest, the
more convenient practice in most cases is to postpone the
granting of appellate process in such matters as the present,
where there is likely to be danger of protracted delays, until
the final action below; and while the writ is not beyond the
power of the court, it is not deemed wise to retain it.   This
is not, therefore, a proper occasion to consider the asserted
rights of the company to assume possession in case of a.
favorable verdict by a jury and an appeal from its confir-
mation.   Adequate means can usually be found to prevent
unlawful invasions of possession ; and we do not think the
retention of the present writ will probably be necessary to
protect the interests of the land-owner in case they should
be unlawfully jeoparded.   We are not to be understood as
determining anything more now than the general impolicy
of issuing writs of *certiorari* in the earlier stages of railroad.

inquests, and the present case does not differ from many others in regard to the matters in dispute, on which our opinion will be reserved. The writ will therefore be dismissed as improvidently granted, but without prejudice to future proceedings.

COOLEY, J. and GRAVES, C. J. concurred.